# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 20-CV-3997

Date Filed: _____

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Sadleir, William**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **William Sadleir, 9135 Hazen Drive, Beverly Hills, CA 90210**.

I, Anaquad Cobe, do hereby affirm that on the **18th day of July, 2020** at **4:58 pm**, I:

Served Summons & Complaint; Civil Cover Sheet; Electronic Case Filing Rules & Instructions with Addendum; Individual Practices of John G. Koeltl personally to William Sadleir at 9135 Hazen Drive, Beverly Hills, CA 90210.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____     07.20.2020
**Anaquad Cobe**                      Date
Marin County License #85

**Cavalier CPS**
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2020006010
Ref: NYRO-62237

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k

