

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

November 23, 2022

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **SEC v. Sadleir, No. 20-cv-3997 (JGK) (SDNY)**

Dear Judge Koeltl:

    The Securities and Exchange Commission ("Commission") respectfully submits this letter to provide a status update and to request that the Court enter the proposed Final Judgment (ECF No. 24), which the Commission has contemporaneously filed.

    On June 8, 2022, the Court entered a bifurcated judgment by consent permanently enjoining Defendant William Sadleir ("Sadleir") from future violations of Section 17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)], and Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder [15 U.S.C. § 78j(b); 17 C.F.R. § 240.10b-5].  The Court also imposed the conduct-based injunction the Commission sought which prohibited Sadleir from, directly or indirectly, including, but not limited to, through any entity he owns or controls, participating in the issuance, offer, or sale of any security, provided, however, that such injunction does not prevent Sadleir from purchasing or selling securities for his own personal account.  The consent judgment, moreover, provided that the Court would determine whether it is appropriate to order disgorgement of ill-gotten gains and a civil penalty, upon the Commission's motion.

    On September 9, 2022, in the parallel criminal proceeding, *United States v. Sadleir*, 20-cr-0320 (PAE) (SDNY), the Court (Engelmayer, J.) sentenced Sadleir to six years' imprisonment and a three year term of supervised release, and ordered him to pay restitution in the amount of $31,597,000.

    In light of the criminal sanctions imposed on Sadleir, the Commission does not intend to file any motion for disgorgement and civil penalty against him in this case.  Rather, the Commission respectfully requests that the Court enter the proposed Final

Judgment, which reflects the resolution of the monetary relief components and, if ordered by the Court, will end the litigation in this case.

   The Commission has advised the Defendant of the foregoing request and provided a copy of the proposed Final Judgment. The Commission has received no objection.

                Respectfully submitted,

                /s/ *Richard Hong*
                Richard Hong
                Senior Trial Counsel
                Securities and Exchange
                 Commission
                New York Regional Office
                hongr@sec.gov
                212.336.0956

cc:  Matthew Schwartz, Esq. (counsel for Defendant) (via email)