

MATTHEW L. SCHWARTZ
Tel: (212) 303-3646
Email: mlschwartz@bsfllp.com

November 28, 2022

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

    Re:    *SEC v. William Sadleir*,
            Case No. 20 Civ. 3997

Dear Judge Koeltl:

    I represent the defendant in the above-referenced case. I write to confirm that Mr. Sadleir has no objection to the proposed final judgment submitted by the SEC. *See* ECF No. 24.

    Thank you for your consideration.

                                          Respectfully,

                                          /s/ Matthew L. Schwartz
                                          Matthew L. Schwartz